1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10                              **EASTERN DIVISION**

11  **DENNIS LEEROY HAMMACK,**              )
                                            )
12                  **Petitioner,**         ) **Case No. EDCV 12-733 R (AJW)**
                                            )
13              **v.**                      )
                                            ) **ORDER ACCEPTING REPORT AND**
14  **THE PEOPLE, CALIFORNIA**              ) **RECOMMENDATION OF**
    **CORRECTIONAL CENTER, et al.,**        ) **MAGISTRATE JUDGE**
15                                          )
                  **Respondents.**          )
16  _____     )

17

          Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed
18
the entire record in this action, and the Report and Recommendation
19
of United States Magistrate Judge ("Report").  No objections to the
20
Report have been filed within the time allowed.  The Court concurs
21
with and accepts the findings of fact, conclusions of law, and
22
recommendations contained in the Report.
23
          DATED:  _March 13, 2013_
24

25
                                    _____
26                                  Manuel Real
                                    United States District Judge
27

28