UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| **DENNIS LEEROY HAMMACK,** | ) | Case No. EDCV 12-733-R(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **THE PEOPLE, CALIFORNIA CORRECTIONAL CENTER, B. GOWER, Warden,** | ) | |
| Respondents. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: __March 13, 2013_

_____
Manuel Real
United States District Judge